699 A.2d 695

IN THE MATTER OF JERALD A. SCHRAGEN,
AN ATTORNEY AT LAW.

September 18, 1997.

## ORDER

The Disciplinary Review Board on April 21, 1997, having filed a report with the Court recommending that **JERALD A. SCHRAGEN** of **RAMSEY**, who was admitted to the bar of this State in 1970, and who was temporarily suspended from the practice of law by Order of this Court dated December 12, 1995, be disbarred for violating *RPC* 1.8(a) (engaging in prohibited business transactions with a client); *RPC* 2.2(a) (acting as an intermediary between

clients); *RPC* 3.3(a)(1) and (5) (making a false statement of material fact or law to a tribunal and failure to disclose to a tribunal a material fact); *RPC* 8.1(b) (failure to cooperate with disciplinary authorities); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And respondent having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JERALD A. SCHRAGEN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JERALD A. SCHRAGEN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.